DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERSON JUAREZ,**
Appellant,

v.

**JULIE JONES, SECRETARY** of
**FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D18-1521

[November 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472018CA000060A.

Gerson Juarez, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***